NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA LEE SMITH,<br><br>    Plaintiff,<br><br> vs.<br><br>SHERIFF WARREN RUFF, et al.,<br><br>    Defendants. | No. C 10-03472 JF (PR)<br><br>ORDER OF DISMISSAL |

Plaintiff, an inmate currently incarcerated at the San Quentin State Prison, filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983 against Contra Costa County Sheriff Department officials for unconstitutional acts. On January 31, 2011, the Court dismissed the complaint with leave to amend to correct several deficiencies therein. (See Docket No. 4.) The Court advised Plaintiff that if he failed to file an amended complaint in the time provided, the Court would dismiss this action without prejudice. (See id. at 2.) Thereafter, Plaintiff was granted an extension of time such that Plaintiff's amended complaint was due no later than March 17, 2011. (Docket No. 7.)

The deadline has since passed, and Plaintiff has not filed an amended complaint. Accordingly, this action is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: 4/15/11

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.10\Smith03472_dism.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IRA LEE SMITH,

        Plaintiff,

v.

SHERIFF WARREN RUFF, et al.,

        Defendants.

Case Number: CV10-03472 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  4/27/11 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ira Lee Smith G-53756
Richmond Parole Unit
2555 Elportal Drive
Suite B
San Pablo, CA 94806

Dated:  4/27/11

                                            Richard W. Wieking, Clerk